**MEMO ENDORSED**

LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/22

April 10, 2022

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312

                        Re:  *Monge v. Gzim Realty LLC*
                             Case No. 21-cv-08375

Dear Judge Caproni:

      I represent the Plaintiff, Javier Monge, in the above-referenced matter.  I write to request an adjournment of the 4/13 default hearing, or in the alternative, that it be converted to a telephone conference.

      I was forced to travel to Florida yesterday to attend to an urgent personal matter.  I will not be able to return until at least the end of the week.  I am available to attend the conference telephonically.

      Plaintiff respectfully requests a one-week adjournment of the hearing, or in the alternative, to be allowed to attend the conference telephonically.   Thank you.

                                        Respectfully submitted,

                                        /s/ Jennifer E. Tucek
                                       Jennifer E. Tucek

Application GRANTED. Plaintiff's counsel may attend the default judgment hearing by dialing-in at (888) 363-4749 // Access code: 3121171# // Security code 8375.

SO ORDERED.

*Valerie Caproni*   4/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE