```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAVIER MONGE,

                                  Plaintiff,

              -against-

GZIM REALTY, LLC. and LIRIDONI PIZZA
RESTAURANT, INC,

                                Defendants.
-------------------------------------------------------------- X

21-CV-8375 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

       WHEREAS a Pre-Trial Conference is currently scheduled for August 19, 2022, at 10:00 a.m., *see* Dkt. 30; and

       WHEREAS the parties are scheduled to appear for a settlement conference before Magistrate Judge Netburn on August 24, 2022, at 2:00 p.m., *see* Dkt. 36;

       IT IS HEREBY ORDERED that the Pre-Trial Conference currently scheduled for August 19, 2022, at 10:00 a.m. is adjourned until **September 23, 2022, at 10:00 a.m.** Pre-conference submissions as outlined in the Case Management Plan at Docket 30 are due not later than **September 15, 2022**.

**SO ORDERED.**

**Date:  July 18, 2022**
**New York, NY**

                                        _____
                                             **VALERIE CAPRONI**
                                           **United States District Judge**